DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

TREANTS ENTERPRISES, INC. v. ONSLOW COUNTY

No. 746A86.

Case below: 83 N.C. App. 345.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question denied 7 April 1987.

VANDOOREN v. STROUD AND MASTROM, INC.

No. 15P87.

Case below: 83 N.C. App. 541.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1987 for limited purpose of vacating the opinion of the Court of Appeals and remanding the case to the Court of Appeals for further review limited to the questions presented in the briefs as required by Rule of Appellate Procedure 28.

WARD v. PITT COUNTY MEM. HOSP., INC.

No. 752P86.

Case below: 83 N.C. App. 343.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 7 April 1987.

WATKINS v. HELLINGS

No. 4PA87.

Case below: 83 N.C. App. 430.

Petition by defendant for discretionary review pursuant to G.S. 7A-32 allowed 7 April 1987.